| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   **Southern Sandblasting & Coatings, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   **7 6 – 0 4 0 9 2 9 4**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **17527 Salt River Valley Circle** <br> Number   Street | **6942 FM 1960 E #188** <br> Number   Street |
| | P.O. Box |
| **Humble**   **TX**   **77346** <br> City   State   ZIP Code | **Humble**   **TX**   **77346-2706** <br> City   State   ZIP Code |
| **Harris** <br> County | **Location of principal assets, if different from principal place of business** |
| | **8458 FM 1960 E** <br> Number   Street |
| | **Dayton**   **TX**   **77535** <br> City   State   ZIP Code |

**5. Debtor's website (URL)**   _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Southern Sandblasting & Coatings, Inc.**                    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Southern Sandblasting & Coatings, Inc.**  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. District _____ When __/__/____ Case number _____ <br> District _____ When __/__/____ Case number _____ <br> District _____ When __/__/____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ When __/__/____ <br> Case number, if known _____ <br><br> Debtor _____ Relationship _____ <br> District _____ When __/__/____ <br> Case number, if known _____ |
| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Southern Sandblasting & Coatings, Inc.**         Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street
_____
_____         _____   _____
City                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☑ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Southern Sandblasting & Coatings, Inc.**        Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/07/2017**
MM / DD / YYYY

X **/s/ Ernest W. Watson, Jr.**        **Ernest W. Watson, Jr.**
  Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Reese W. Baker**        Date **02/07/2017**
  Signature of attorney for debtor        MM / DD / YYYY

**Reese W. Baker**
Printed name

**Baker & Associates**
Firm name

**5151 Katy Freeway**
Number        Street

**Suite 200**

**Houston**        **TX**        **77007-2251**
City        State        ZIP Code

**(713) 869-9200**        **courtdocs@bakerassociates.net**
Contact phone        Email address

**01587700**        **TX**
Bar number        State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Southern Sandblasting & Coatings, Inc.**          CASE NO

                                                           CHAPTER   **11**

## COVERSHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors, which consists of _____ page(s), is true, correct and complete to the best of my knowledge.

Date  2/7/2017                                   Signature  /s/ Ernest W. Watson, Jr.
                                                           *Ernest W. Watson, Jr.*
                                                           *President*

Date _____              Signature _____

```
ADT Security Service
P.O. Box 371490
Pittsburgh, PA 15250-7490



Alabama Department of Revenue
P.O. Box 327483
Montgomery, AL 36132



Alabama Dept of Industrial Relations
649 Monroe Street, Rm 4676
Montgomery, AL 36131



Ally Financial
c/o Ally Servicing LLC
PO Box 1304240
Roseville, MN  55113



American Coatings
3037 NW 60th St
Fort Lauderdale, FL 33309



American Express Platinum
P.O. Box 650448
Dallas, Texas 75265



American Longshore Mutual Association
PO Box 934368
Atlanta, GA  31193-4368



Aramsco, Inc.
PO Box 8500
Philadelphia, PA  19178-3956



AT & T
P.O Box 530006
Atlanta, GA 303553
```

ATSCO
PO Box 787
Nederland, TX 77627


Avaya
4655 Great American Parkway
Santa Clara, CA 95054


Betco Scaffolds
PO Box 2885
Houston, TX 77252


BlueLine Rental
PO Box 840062
Dallas, Texas   75284-0062


C&I Oil Company, Inc
PO Box 2702
Beaumont, TX 77704


Carboline Company
9550 W Wingfoot Rd
Houston, TX 77041


Chevron Texaco
PO Box 70995
Charlotte, NC 28272


CMC
4608 Nolda Treet
Houston TX 77007


CNH Industrial Capital
P.O. Box 3600
Lancaster, PA 17604

```
Coastal Welding Supply
PO Box 3029
Beaumont, TX 77704



Crenshaw Enterprises
dba Tiger Industrial Rentals
PO Box 790
Beaumont, Texas   77704-0790



CT Corporation System
PO Box 4349
Carol Stream, IL 60197



Davison Fuels, Inc
8450 Tanner Williams Road
Mobile, AL 36608



Dayton I.S.D.
P.O. Box 457
100 Cherry Creek Road
Dayton, TX 77535



DeHumidifiation Technologies
6609 Avenue U
Houston, Texas   77011



Dish Network
Dept.0063
Palantine, IL 60655-0063



Drago Supply Company
PO Box 849737
Dallas, TX 75284



Eagle Industries of LA, Inc
PO Box 10652
New Orleans, LA 70181
```

Entergy
P.O. Box 61009
New Orleans, LA 70161


Fed Ex
PO Box 660481
Dallas, TX 75266


Financial Pacific Leasing
Dept. 1 Suite 705516
P.O. Box 34935
Seattle, WA 98124-1935


First Insurance
6161 Savoy Dr #824
Houston, TX 77036


Frederick R Escobar



Healthworks
PO Box 404974
Atlanta, GA 30384


Henscey
708 Waco St
Dayton, TX 77535


Hertz Equipment Rental
PO Box 650280
Dallas, Texas  75265-0280


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

```
International Paint LLC
PO Box 847202
Dallas, TX 75284



IRS-ACS Support
PO Box 24017
Fresno, CA 93779



Jack Doheny Supplies, Inc
PO Box 609
Northville, MI 48167



Jaguar Fueling Services, LLC
PO Box 3586
Houston, TX 77253



Jesse Fontenot, Inc
917 Front St
Morgan City, LA 70380



Lake Houston Tire
11850 FM 1960 East
Huffman, TX 77336



Law Office of James D Chandler
PO Box 9154
Liberty, TX 77575



Liberty County Tax
P.O.Box 1810
Liberty, TX 77575



Louisiana Department of Labor
PO Box 94204
Weyanoke, LA 70787
```

```
Louisiana Department of Revenue
P. O. Box 1429
Thibodaux, LA 70302-1429




LTs Garbage Service
223 County Road 6385
Dayton, TX 77535




Marco
3425 E Locust St
Davenport, IA 52803




Marine Equipment Supply
9939 Spanish Fort Blvd
Daphne, AL 36527




Medworks
5912 Old Mobile Highway Ste 1
Pascagoula, MS  39581




Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197




Michael A Allison
311 Travis Street
Liberty, TX 77575




Mill & Marine Supply, Inc
6130 Rangeline Rd
Theodore, AL 36582




Mineral Tech
PO Box 4356 Dept 2274
Houston, TX 77210
```

Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215


Mississippi Dept of Employment Security
Attn: Benefit Payment Control Dept
PO Box 23089
Jackson, MS 39225


Mississippi State Tax Commission
1141 Bayview Ave, Ste 400
Biloxi, MS 39530


Modular Space Corporation
12603 Collection Center Dr
Chicago, IL 60693


North Shore Supply
PO Box 9940
Houston, TX 77213


Northern Safety Company, Inc
PO Box 4250
Utica, NY 13504


Pawnee Leasing Corporation
3801 Automation Way #207
Fort Collins, CO 80525


Peter Costea
Three Riverway, Suite 1800
Houston, TX 77056


PPG Protective & Marine CTGS
PO Box 842409
Boston, MA 02284

Precise Safety-Consulting
3130 US-90
Liberty, TX 77575


Progressive County Mutual Insurance Co
c/o Javitch Black LLC
275 Campbell, Suite 312
Richardson, TX 75080


Quick Shot Trucking, Inc
PO Box 991
Semmes, AL 36575


Ranger Lift Trucks
2100 I-10 East Fwy
Baytown, TX 77521


Robert E Fadem
208 Telephone Rd
Houston, TX 77023


Sherwin Williams
2106 FM 1960 E
Humble, TX 77338


Sparkletts and Sierra Springs
PO Box 660579
Dallas, TX 75266


Specialty Sand
16601 Garrett Road
Houston, Texas   77044


State Farm Insurance
c/o The Garner Law Firm
7600 Woodway, Suite 390
Houston, TX 77063

Stephen E Garner
7660 Woodway Drive, Suite 390
Houston, TX 77063


Stewart & Stevenson
P.O. Box 200441
Houston, Texas 77216-0041


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


T-Tex Industries
PO Box 751267
Houston, TX 77275


Telnes Broadband
PO Box 1246
Everett, WA 98206


Texas  Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100


Texas Farm Bureau Insurance Companies
7420 Fish Pond Road
Waco, TX 76710


Texas Sales Tax
3213 S. Med Ford, Ste. 204
Lufkin, TX  75901


Texas Work Force Commission
P.O.Box 149352
Austin, TX 78714

```
United Healthcare
P.O. Box 30555
Salt Lake City, UT 84130-0555


United Rentals (North America)



Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Yolanda Rodriguez
18858 Newberry Forest Drive
New Caney, TX 77357
```